```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 16-03194-RNO
Odell K. Harrison                                               Chapter 13
Stacy A Harrison
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: DDunbar              Page 1 of 2           Date Rcvd: Sep 14, 2016
                             Form ID: ntcnfhrg          Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.

```
db/jdb         Odell K. Harrison,    Stacy A Harrison,    270 Spicebush Drive,
                East Stroudsburg, PA 18301-7044
4818479       +CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4818480      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE BANK,      15000 CAPITAL ONE DR,    RICHMOND, VA 23238)
4818481       +CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4818483       +CHASE BANK,    C/O MRS BPO LLC,     1930 OLNEY AVENUE,    CHERRY HILL, NJ 08003-2016
4818482       +CHASE BANK,    PO BOX 15298,    WILMINGTON, DE 19850-5298
4818485        CHASE BANK USA NA,    C/O MRS BPO LLC,     1830 OLNEY AVENUE,    CHERRY HILL, NJ 08003
4818486       +CHASE MORTGAGE,    PO BOX 24696,    COLUMBUS, OH 43224-0696
4818487       +CITI CARDS/CITIBANK,    PO BOX 6241,     SIOUX FALLS, SD 57117-6241
4818489       +CITIBANK/HOME DEPOT,    C/O SETTLEMENT SERVICES,     1061 MAIN STREET SUITE 19,
                NORTH HUNTINGDON, PA 15642-7425
4818490       +COMENITY BANK/DRESS BARN,    PO BOX 182789,     COLUMBUS, OH 43218-2789
4818491       +CREDIT FIRST/FIRESTONE,    PO BOX 81083,     CLEVELAND, OH 44181-0083
4826952        Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC 28272-1083
4818494       +FIDELITY BROKERAGE SVCS LLC,     900 SALEM STREET,    SMITHFIELD, RI 02917-1243
4818495       +HOME DEPOT/CITIBANK,    PO BOX 6497,     SIOUX FALLS, SD 57117-6497
4818498       +POCONO AMBULATORY SURGERY CENTER,      1 STORM STREET,    STROUDSBURG, PA 18360-2406
4818499       +POCONO HEALTHCARE MANAGEMENT,     C/O TRANSWORLD SYSTEMS INC,     PO BOX 17221,
                WILMINGTON, DE 19850-7221
4818501        SANTANDER CONSUMER USA,    ATTN BANKRUPTCY DEPT,     PO BOX 560284,    DALLAS, TX 75356-0284
4818500       +SANTANDER CONSUMER USA,    PO BOX 961245,     FORT WORTH, TX 76161-0244
4818502       +SUBURBAN EMERGENCY MEDICAL SVCS,     C/O FIRSTSTATES FINANCIAL SVCS CORP,    PO BOX 5827,
                READING, PA 19610-5827
4818504       +SYNCHRONY BANK/AMAZON,    C/O MIDLAND CREDIT MANAGEMENT,      2365 NORTHSIDE DRIVE SUITE 300,
                SAN DIEGO, CA 92108-2709
4818507       +SYNCHRONY BANK/NAPA EASY PAY,     C/O ERC,    PO BOX 57610,    JACKSONVILLE, FL 32241-7610
4818508        SYNCHRONY BANK/SLEEPYS,    C/O MONARCH RECOVERY MANAGEMENT,      10965 DECATUR ROAD,
                PHILADELPHIA, PA 19154-3210
4818510       +UPSTATE SC EMERGENCY PHYSICIAN,     C/O CFS BILLING,     300 S PARK RD SUITE 400,
                HOLLYWOOD, FL 33021-8353
4818509        UPSTATE SC EMERGENCY PHYSICIAN,     C/O CFS,    PO BOX 3475,    TOLEDO, OH 43607-0475
4818511       +VERIZON,   PO BOX 4003,    ACWORTH, GA 30101-9004
4818512       +VERIZON WIRELESS,    455 DUKE DRIVE,    FRANKLIN, TN 37067-2701
4818513       +WFFNB/RAYMOUR & FLANIGAN,    800 WALNUT STREET,     DES MOINES, IA 50309-3605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4818484        E-mail/Text: legal@arsnational.com Sep 14 2016 20:02:40      CHASE BANK USA,
                C/O ARS NATIONAL SERVICES INC,    PO BOX 469046,    ESCONDIDO, CA 92046-9046
4818488       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2016 20:06:45
                CITIBANK/BEST BUY,    C/O PORTFOLIO RECOVERY ASSOC,     120 CORPORATE BLVD,
                NORFOLK, VA 23502-4962
4818492       +E-mail/Text: BKRMailOps@weltman.com Sep 14 2016 20:03:02      DISCOVER BANK,
                C/O WELTMAN WEINBERG & REIS,    325 CHESTNUT ST STE 501,     PHILADELPHIA, PA 19106-2605
4818493        E-mail/Text: mrdiscen@discover.com Sep 14 2016 20:02:17      DISCOVER FINANCIAL SERVICES,
                PO BOX 15316,    WILMINGTON, DE 19850
4820231        E-mail/Text: mrdiscen@discover.com Sep 14 2016 20:02:17      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4818496        E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 14 2016 20:03:31
                HYUNDAI MOTOR FINANCE,    PO BOX 660891,    DALLAS, TX 75266-0891
4818497        E-mail/Text: cio.bncmail@irs.gov Sep 14 2016 20:02:32      IRS,    CENTRALIZED INSOLVENCY OP,
                PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4819302       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2016 20:02:53
                Pennsylvania Department of Revenue,     Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
4818503       +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 20:07:05      SYNCB/NAPA EASY PAY,
                950 FORRER BLVD,    KETTERING, OH 45420-1469
4818505       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2016 20:07:14
                SYNCHRONY BANK/LOWES,    C/O PORTFOLIO RECOVERY ASSOCIATES,     120 CORPORATE BLVD,
                NORFOLK, VA 23502-4962
4818506       +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2016 20:06:39      SYNCHRONY BANK/LOWES,
                PO BOX 965005,    ORLANDO, FL 32896-5005
                                                                                             TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Case 5:16-bk-03194-RNO    Doc 20    Filed 09/16/16    Entered 09/17/16 00:54:04    Desc
                      Imaged Certificate of Notice    Page 1 of 3

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:

      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      Vincent Rubino    on behalf of Joint Debtor Stacy A Harrison
       epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com
      Vincent Rubino    on behalf of Debtor Odell K. Harrison
       epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com

                                                      TOTAL: 5

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Odell K. Harrison
aka Odell Kenyetta Harrison, aka Odell Harrison, aka Odell Harrison Jr., aka Odell K. Harrison Jr.
Stacy A Harrison
aka Stacy Allana Harrison, aka Stacy Harrison

Debtor(s)

Chapter 13

Case No. 5:16−bk−03194−RNO

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **October 14, 2016** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 19, 2016 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: DDunbar |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 14, 2016 |