# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Odell K. Harrison aka Odell Kenyetta Harrison aka Odell Harrison aka Odell K. Harrison, Jr. aka Odell Harrison, Jr.** | **BK NO. 16-03194 RNO** |
| **Stacy A. Harrison aka Stacy Allana Harrison aka Stacy Harrison** | **Chapter 13** |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Carrington Mortgages Services, LLC and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322