```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-03194-RNO
Odell K. Harrison                                                   Chapter 13
Stacy A Harrison
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 31, 2020
                              Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
4895372        +JPMorgan Chase Bank, National Association,   Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor   Carrington Mortgages Services, LLC
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor   JPMorgan Chase Bank, National Association pa-bk@logs.com
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent   Rubino    on behalf of Debtor 2 Stacy A Harrison
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent   Rubino    on behalf of Debtor 1 Odell K. Harrison
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                              TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-03194-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Odell K. Harrison
270 Spicebush Drive
East Stroudsburg PA 18301-7044

Stacy A Harrison
270 Spicebush Drive
East Stroudsburg PA 18301-7044

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/30/2020.

Name and Address of Alleged Transferor(s):

Claim No. 19: JPMorgan Chase Bank, National Association, Chase Records Center,
Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203

Name and Address of Transferee:

Carrington Mortgage Services, LLC
P.O. BOX 3730
Anaheim, CA 92806
Carrington Mortgage Services, LLC
P.O. BOX 3730
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/02/20

Terrence S. Miller
**CLERK OF THE COURT**