IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| IN RE: | CASE NO.: 5:16-BK-03194 |
| ODELL K. HARRISON | |
| STACY A HARRISON | CHAPTER 13 |

Debtor(s),

_____/

## NOTICE OF WITHDRAWAL OF
## NOTICE OF MORTGAGE PAYMENT CHANGE FILED ***08-31-2020***

Comes now Lynn Pluister of the Padgett Law Group and hereby withdraws Carrington Mortgage Services, LLC Notice of Mortgage Payment Change filed 08-31-2020 as the notice was filed in error.

DATED this 1st day of September 2020.

Respectfully submitted,

/s/ Lynn Pluister

_____
Lynn Pluister
Padgett Law Group
6267 Old Water Oak Road
Suite 203
Tallahassee, Florida 32312
(850) 422-2520 (telephone)
(850) 422-2567 (fax)
bkcrm@padgettlaw.net
Authorized Agent for Creditor

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this the 1st day of September 2020, a true and correct copy of the foregoing has been furnished by U.S. Mail and/or electronically to**:**

Debtor
Odell K. Harrison
270 Spicebush Drive
East Stroudsburg, PA 18301-7044

Debtor 2
Stacy A Harrison
270 Spicebush Drive
East Stroudsburg, PA 18301-7044

Attorney
Vincent Rubino
Newman Williams Mishkin Corveleyn et al
12 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511

Trustee
Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

/s/ Lynn Pluister
_____
Lynn Pluister