# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| ODELL K. HARRISON | Case No.: 5-16-03194-HWV |
| STACY A HARRISON | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | CARRINGTON MORTGAGE SERVICES, LLC |
| Court Claim Number: | 19 |
| Last Four of Loan Number: | 270 Spicebush Dr - PRE-ARREARS - 9341 |
| Property Address if applicable: | 270 SPICEBUSH DRIVE, , EAST STROUDSBURG, PA18301-7044 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,168.89 |
| b. | Prepetition arrearages paid by the Trustee: | $1,168.89 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,168.89 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 21, 2021 	Respectfully submitted,

	s/ Charles J. DeHart, III, Trustee
	Standing Chapter 13 Trustee
	Suite A, 8125 Adams Drive
	Hummelstown, PA  17036
	Phone:  (717) 566-6097
	Fax:  (717) 566-8313
	eMail:  dehartstaff@pamd13trustee.com

Creditor Name: CARRINGTON MORTGAGE SERVICES, LLC
Court Claim Number: 19

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1224000 | 12/10/2020 | $55.01 | $0.00 | $55.01 |
| 5200 | 1225803 | 01/19/2021 | $308.48 | $0.00 | $308.48 |
| 5200 | 1226811 | 02/17/2021 | $451.82 | $0.00 | $451.82 |
| 5200 | 1227824 | 03/17/2021 | $308.49 | $0.00 | $308.49 |
| 5200 | 1228851 | 04/15/2021 | $45.09 | $0.00 | $45.09 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    ODELL K. HARRISON                                     Case No.: 5-16-03194-HWV
    STACY A HARRISON                                      Chapter 13
          Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA,  18360-0511 | SERVED ELECTRONICALLY |
| CARRINGTON MORTGAGE SERVICES, LLC<br>1600 DOUGLASS RD<br>ANAHEIM, CA,  92806 | SERVED BY 1ST CLASS MAIL |
| ODELL K. HARRISON<br>STACY A HARRISON<br>270 SPICEBUSH DRIVE<br>EAST STROUDSBURG, PA  18301-7044 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2021

s/   Liz Joyce
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com